# JS-6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CRYSTAL HOLGUIN,

        Plaintiff,

v.

CREDIT CONTROL, LLC,

        Defendant.

**Case No.: 2:23-cv-03711-SVW-E**

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CREDIT CONTROL, LLC**

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Credit Control, LLC ("Defendant"), and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendants.

**IT IS ORDERED.**

Dated: January 17, 2024

_____
STEPHEN V. WILSON
United States District Judge